

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2019

No. 04-19-00329-CR

Jaime **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR6091
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

    The appellant has filed a notice of appeal stating the appellant desires to appeal an order denying his motion for nunc pro tunc. We do not have jurisdiction over appeals of such orders and must dismiss such appeals for want of jurisdiction. *See Brown v. State*, No. 03-19-00056-CR, 2019 WL 1051856, at *1 (Tex. App.—Austin Mar. 6, 2019, no pet. h.) (mem. op., not designated for publication) ("There is no such grant of jurisdiction for this appeal from the district court's order denying a post-conviction motion for judgment nunc pro tunc."). Moreover, the record before us does not contain a written order denying appellant's motion for judgment nunc pro tunc. We have jurisdiction over appealable orders and judgments, and without an appealable written order or judgment, we lack appellate jurisdiction and must dismiss.

    We therefore **ORDER** appellant to file a response by **June 17, 2019** showing why this appeal should not be dismissed for want of jurisdiction. If a supplemental clerk's record is necessary to show this court's jurisdiction, appellant has the burden to request the trial court clerk to prepare the record, identifying the additional pleadings and orders requested, and must file a copy of any such request with this court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court